NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000398
14-OCT-2013
10:02 AM

NO. CAAP-13-0000398

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HARVEY F. GROCHOLSKI, Claimant-Appellant,
v.
STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION,
Self-Insurance Employer

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2012-043)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 9, 2013, Claimant-Appellant Harvey F. Grocholski (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed on July 23, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by August 2, 2013, and the opening brief was due by September 3, 2013;

(3) Appellant did not file either document;

(4) On September 17, 2013, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on September 27, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 14, 2013.

Chief Judge

Associate Judge

Associate Judge